# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SMALL,<br><br>            Plaintiff,<br><br>vs.<br><br>VOLTA INC., ELI AHETO, VINCE CUBBAGE, MARTIN LAUBER, KATHERINE J. SAVITT, BONITA C. STEWART, and JOHN TOUGH,<br><br>            Defendants. | Case No.: 3:23-cv-00685-VC<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

      Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Justin Small ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 3, 2023                        **BRODSKY & SMITH**

                                      By:  */s/ Evan J. Smith*
                                             Evan J. Smith
                                             9595 Wilshire Blvd., Ste. 900
                                             Beverly Hills, CA 90212
                                             Phone: (877) 534-2590
                                             Facsimile (310) 247-0160

                                             *Attorneys for Plaintiff*